In The United States District Court
Eastern District of Arkansas
Central Division

Jerome Meraz

v.                    4:25-cv-01111-BSM

Arkansas Department
of Correction et al

Response To Recommended Disposition

Due Process Claim.

(1) advance written notice of the disciplinary charge. Yes I recieved the disciplinary at least 24 HR from the hearing (2.) an opportunity to call witnesses and present a defense. No I was not ask for witnesses the disciplinary was premarked with a typed X on no witnesses nor was I asked. 3 writen statement (yes) (4) evadence. Fabercated + falsafied. I was deprived of Life and Liberty I was placed in the whole for 30 day I was placed on class IV for a year which deprives me from living in a better class of inmates deprives me of a better job. The class IV Bks the inmates are unruly, while in these Bks working my way back to class (I) I was jump in my sleep for a misunderstanding. my stuaderd of Life was severly deminished.

I

While Class IV life was not worth living. I was not allowed to earn any good time as a Class I inmate you do 60 days on a year Class IV you do 365 days on a year. All of this because the officer & the Director didn't want to follow the policy that were put in place to prevent this from happening. I one of the defendents is the one that put the policy in place.

I would like to point out this was Recommendation was made Nov 6 Mailed Nov 7 2025 I recieved it Nov 12 2025 I've Responded Nov 12 2025 put in US mail Nov 13, 2025

Respectfully
Jerome Murry

2

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
8 NOV 2025 AM 4 L



Case# 2:24-CV-00048-LPR-PSH

**RECEIVED**
NOV 12 2025
Mail Room
Pine Bluff Unit

JEROME MERAZ ADC#113295
PINE BLUFF UNIT
ARKANSAS DIVISION OF CORRECTION
890 FREE LINE DRIVE
PINE BLUFF AR 71603-1498

71603-149899

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
7 NOV 2025 AM 3 L



Case# 4:25-CV-01111-BSM-ERE

**RECEIVED**
NOV 12 2025
Mail Room
Pine Bluff Unit

JEROME MERAZ ADC#113295
PINE BLUFF UNIT
ARKANSAS DIVISION OF CORRECTION
890 FREE LINE DRIVE
PINE BLUFF AR 71603-1498

71603-149590