# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEROME MERAZ**  **PLAINTIFF**
ADC #113295

v.  CASE NO. 4:25-CV-01111-BSM

**ARKANSAS DEPARTMENT
OF CORRECTION,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 7] is adopted, and Jerome Meraz's *pro se* amended complaint is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g), and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 21st day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE