IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME MERAZ**  **PLAINTIFF**
ADC #113295

v.  CASE NO. 4:25-CV-01111-BSM

**ARKANSAS DEPARTMENT
OF CORRECTION,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE